# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STACY SANDERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2:13-cv-01776-RDP-HGD** |
| ) | |
| **DR. JAMIE CANNON, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on September 17, 2014, recommending that this action, filed pursuant to 42 U.S.C. § 1983 against four private actors or entities, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 12). The parties were allowed fourteen (14) days from the date of entry of the Report and Recommendation in which to file specific written objections thereto. Although Plaintiff has been granted four extensions of time to file objections, none have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.

Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

**DONE** and **ORDERED** this ____2nd____ day of February, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE